Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

23 OCT '23 15:49 RECVD USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Portland Division

David Campbell
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The United States Department of Veterans Appendices et al
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:23-CV-1565-AR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: David Campbell
Street Address: 1001 SW Natio Parkway
City and County: Portland Oregon Multnomah
State and Zip Code: Oregon 97204
Telephone Number: 503 226 3083
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: U.S. Department of Veterans Affairs
Job or Title (if known): And The Office of Inspector General
Street Address: 3710 U.S. Veterans Hospital Road
City and County: Portland Multnomah
State and Zip Code: Oregon 97201
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**

Name: Office of V.A. Inspector General
Job or Title (if known):
Street Address: Eight ten Vermont Avenue NW
City and County: Washington D.C.
State and Zip Code: District of Columbia 20530
Telephone Number:
E-mail Address (if known): @US.VA.GOV/OIG

**Defendant No. 3**

Name: Collaborative groups or Individuals
Job or Title (if known): and Employees of The V.A. unidentified
Street Address: Could be anywhere
City and County: Any that I may have Need to Find
State and Zip Code: for their involvement in Violations of Rights
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Violations have Civil Rights Jurisdiction Harassments under Colour of law T.18 C.13 § 1983 Conspiracy to Violate Civil Rights T.18 C.13 § 241 Intentional infliction of Emotional distress Harassment under Colour of law T.18 C.13 § 1985 Extortional harassments of Gay and Sexual harassment to Deprive APPS to Extort and defraud Womans Propriotary and Equality of Rights Values and privacy to Equality on Comparison to Non Veteran Citizen status of Citizenship

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* David Campbell, is a citizen of the State of *(name)* Oregon.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* __NA__ , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

To be determinable in the future in separate suit

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

There is an ongoing Retaliatory Harassment by the VA under color of law to attempt usurpation of plaintiff standing in a lawsuit in The Jurisdiction of The United States by harassing the plaintiff and sexually abusive deprivation and abuses of my protections of my Rights and perceptions of others or Gay life in associateness of Right of Conscience to diminish Enforcements of Hate Crime Charges in Relation to my V.A Grievances

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

G-5 Torment There is a conditional to impose Cognitive degradation APO system employed by The United States Veterans Administration it imposes a condition of Cognitive confusion in linear mental and emotional processes which can and did act to obstruct the claims process in 2014 for harms asserted in complete knowledge and intent to obstruct justice and my Research and Work availability on all matters of Rights and in both intellectual individual Computancy to Veteran Rights and Gay Rights preventive and post ravitive harassment of Sex and sexual ne Gender conformity is a 8 year

abuse and cruel control by diminuative life and conscience freedom and enforcements of servitude upon my existance which take by intentional disregard for the United States Constitution and the peaceful dignified privacy and rights to freedom through complete and total control of all rewards needs and agurrements relationships sex and just reward

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 23 2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: David Campbell

### B. For Attorneys

Will Proceed Pro Se to Request my own Assistance of Counsel

Date of signing: *[signature]*

Signature of Attorney: Pro Se
Printed Name of Attorney: Pro Se
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: